UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 13 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | 16CR 671 |
|---|---|
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |
| DAVID CASTANEDA-SOLIS | JUDGE DOW<br>MAGISTRATE JUDGE KIM |

The SPECIAL AUGUST 2015 GRAND JURY charges:

On or about August 12, 2016, at Cook County, in the Northern District of Illinois, Eastern Division,

DAVID CASTANEDA-SOLIS,

defendant herein, an alien who previously had been deported and removed from the United States on or about February 10, 2009, and May 20, 2014, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

1